UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company;<br><br>Plaintiff,<br><br>v.<br><br>Angel Angelov; Gabriel Hernandez, Jr.; Anthony Crouch; Prestige Transportation Inc.; Prestige Inc.; Forward Air, Inc.; F.A.F., Inc.; Xpress Trans, Inc.; and Lloyd's Illinois, Inc.<br><br>Defendants. | Case No.: 5:15−cv−02630 SVW (DTBx)<br><br>**Judgment** |

The Court hereby orders, declares, adjudges, and decrees as follows:

1. Judgment is entered in favor of plaintiff and against defendants Angel Angelov, Gabriel Hernandez, Jr., Forward Air, Inc. and F.A.F., Inc. on the first and second causes of action in the complaint;

2. Plaintiff United Financial Casualty Company has no duty under United Financial Casualty Company policy no. 04690751-3 to defend or indemnify Angel Angelov against the claims made in Riverside Superior

Court action no. MCC 1401591, styled *Anthony Crouch v. Angel Angelov et al.*;

 3. The fifth cause of action in the complaint is dismissed, with prejudice;

 4. The third, fourth and seventh causes of action in the complaint are dismissed, without prejudice; and

 5. Plaintiff and defendant Angel Angelov shall bear their own fees and costs in this matter.

Dated: May 4, 2016

            _____
            Stephen V. Wilson,
            United States District Judge